COMMONWEALTH *vs.* EDWARD H. SANFORD.

An indictment against a common carrier of passengers for the loss by his negligence of the
life of a passenger, on the *St.* of 1840, *c.* 80, which gives the fine to the use of the pas-
senger's executor or administrator for the benefit of his widow and heirs, must allege
that administration has been taken out in this commonwealth.

INDICTMENT on *St.* 1840, *c.* 80, against an owner and master
of the Steamer Menemon Sanford, for the loss, by his negli-
gence, of the life of Allen Frazer, of Orland, in the State of
Maine.   The indictment, after setting out the defendant's negli-
gence and the consequent loss of Frazer's life, alleged that the
defendant was liable to a fine not exceeding $5000, nor less
than $500, to be recovered by indictment to the use of Frazer's
executor or administrator, for the benefit of his widow and
children, one moiety to her and the other to them; that Oliver
Bowley, of Orland aforesaid, had been duly appointed under
the laws of the State of Maine, and now was, administrator of
Frazer, and of his goods and estate; and that Frazer at his death
left a widow and children.   But it did not allege that ancillary
administration had been taken out in this commonwealth.
After argument of the case in this court, by *R. Choate & C.
A. Welch*, for the defendant, and *G. W. Cooley*, (County At-
torney,) for the Commonwealth, upon exceptions to the rulings
and instructions of the municipal court of Boston, THE COURT
intimated to the attorney for the Commonwealth that this omis-
sion was fatal to the indictment, and he afterwards entered a

*Nolle prosequi.*